**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

TRAVIS BRUCE, *

PLAINTIFF, *pro se*, *

v. * Civil Action No. RDB-21-0745

STONEMOR PARTNERS L.P., *

*

DEFENDANT.

* * * * * * * * * * * * *

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED this 14th day of July, 2021 that:

1. The Defendant's Motion to Dismiss Plaintiff's Complaint (ECF No. 11) is GRANTED;
2. Plaintiff's Complaint is DISMISSED WITH PREJUDICE;
3. The Clerk of the Court transmit copies of this Order and accompanying Memorandum Opinion to the parties; and
4. The Clerk of the Court shall CLOSE this case.

__________/s/__________________
Richard D. Bennett
United States District Judge